UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jerry Sparks,<br><br>                    Plaintiff,<br>v.<br><br>Credit Systems of the Fox Valley, Inc; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 1:14-cv-14016-LTS |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 10, 2015

                                                              Respectfully submitted,

                                                              PLAINTIFF, Jerry Sparks

                                                              /s/ Sergei Lemberg

                                                             Sergei Lemberg, Esq.
                                                             B.B.O. No.: 650671
                                                             **LEMBERG LAW, L.L.C.**
                                                             1100 Summer Street, 3rd Floor
                                                             Stamford, CT 06905
                                                             Telephone: (203) 653-2250
                                                             Facsimile:  (203) 653-3424
                                                             slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg
                                                  Sergei Lemberg